ESTHER A. SHERWOOD, Appellant, v. HELEN LUDWIG, Respondent.— Motion to dismiss appeal denied, without costs.  Present — Rich, Kelly, Jaycox, Manning and Young, JJ.

EVELYN I. SKINNELL, as Executrix, etc., of DANIEL A. SKINNELL, Deceased, Appellant, v. EDWARD MAHONEY and Others, Respondents.— Motion to resettle order denied, without costs.  The proposed order does not conform to the decision of the court.  Present — Rich, Kelly, Jaycox, Manning and Young, JJ.

IDA THOMASHEFSKY, Respondent, v. HARRY THOMASHEFSKY, Appellant.— Motion for stay denied, with ten dollars costs.  Present — Rich, Kelly, Jaycox, Manning and Young, JJ.

SAMUEL TUCHBAND, Respondent, v. ALEXANDER SIMCHOW and MORRIS SIEGEL, Appellants.— Motion to dismiss appeal denied, without costs.  Present — Rich, Kelly, Jaycox, Manning and Young, JJ.

ADELINE WIDMAYER, Respondent, v. ARTHUR G. HUMPHRIES, Appellant.— Motion for stay denied, without costs.  Present — Rich, Kelly, Jaycox, Manning and Young, JJ.

THEODORE S. ZEGERS, Respondent, v. CHARLES P. LOCKWOOD, Individually and as Sole Surviving Executor, etc. IRENE BURTON and Another, Appellants; HERBERT LOCKWOOD and Others, Respondents.— Motion to resettle order granted, without costs.  Present — Rich, Kelly, Jaycox, Manning and Young, JJ.  Settle order before Mr. Justice Jaycox.

NATHAN FRIEDMAN, Respondent, v. ELLEN MOORE, Appellant.— Judgment unanimously affirmed, with costs.  No opinion.  Present — Blackmar, P. J., Rich, Kelly, Manning and Kelby, JJ.

In the Matter of the Transfer Tax upon the Estate of EVA S. COCHRAN, Deceased.  THE STATE TAX COMMISSION OF THE STATE OF NEW YORK, Appellant; ALEXANDER S. COCHRAN and Others, as Executors, etc., Respondents.— Order of the Surrogate's Court of Westchester county unanimously affirmed, with costs.  No opinion.  Present — Blackmar, P. J., Rich, Kelly, Jaycox and Young, JJ.

LOUIS KAUFMAN, Appellant, v. ABRAHAM JANOER, Respondent.— Appeal dismissed on default, with costs.  Present — Blackmar, P. J., Rich, Kelly, Jaycox and Young, JJ.

JOHN L. KLAGES, Respondent, v. THE CITY OF NEW YORK and THE INTERBOROUGH RAPID TRANSIT COMPANY, Appellants.  (Action No. 1.) — Judgment unanimously affirmed, with costs.  No opinion.  Present — Blackmar, P. J., Rich, Jaycox, Manning and Kelby, JJ.

JOHN L. KLAGES, Respondent, v. THE CITY OF NEW YORK and THE INTERBOROUGH RAPID TRANSIT COMPANY, Appellants.  (Action No. 2.) — Judgment unanimously affirmed, with costs.  No opinion.  Present — Blackmar, P. J., Rich, Jaycox, Manning and Kelby, JJ.

WILLIAM C. MAHON, Appellant, v. EDWARD J. RALEIGH, Respondent.— Judgment and order unanimously affirmed, with costs.  No opinion.  Present — Blackmar, P. J., Rich, Kelly, Jaycox and Kelby, JJ.

LISETTE G. NEHLER, Respondent, v. THE CITY OF NEW YORK and INTERBOROUGH RAPID TRANSIT COMPANY, Appellants.— Judgment unanimously affirmed, with costs.  No opinion.  Present — Blackmar, P. J., Rich, Jaycox, Manning and Kelby, JJ.